In the Matter of ROBERT E. LINK et al., Respondents, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, Appellants.

— In a proceeding pursuant to section 330 of the Election Law, judgment of the Supreme Court, Nassau County, dated August 23, 1971, affirmed, without costs. In our opinion, although section 136 (subd. 6, par. [e]) of the Election Law is applicable, we find that there are more valid signatures than that subdivision would require. Rabin, P. J., Munder, Gulotta and Benjamin, JJ., concur; Shapiro, J., concurs in result only.